# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 7, 2013

### NO. 03-12-00504-CV

**Brooks Special Company and Jerry Barth, Appellant**

**v.**

**State of Texas, Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD**
**VACATED AND REMANDED ON JOINT MOTION --**
**OPINION BY CHIEF JUSTICE JONES**

---

**THIS DAY** came to be submitted the parties' joint motion to vacate and remand this case for judgment in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted: **IT IS THEREFORE** adjudged and ordered that said motion is granted, and in accordance with the parties' agreement, that the district court's judgment is vacated without regard to the merits and that the cause is remanded to the trial court for further proceedings. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.